UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WILLIAM D. MATLOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-CV-420 |
| v. ) | (REEVES/GUYTON) |
| ) | |
| OCWEN LOAN SERVICING, LLC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. The parties appeared for a telephone conference on May 20, 2014, to address a discovery dispute. Attorney J. Lewis Kinnard appeared on behalf of the Plaintiff. Attorney Latisha J. Stubblefield appeared on behalf of the Defendant.

The Defendant initiated the hearing based upon the Plaintiff providing incomplete and/or insufficient responses to the Defendant's Interrogatories and Request for Production of Documents. Attorney Stubblefield explained that some of the Plaintiff's responses needed to be supplemented as they were insufficient and/or evasive. In addition, she stated that documents were requested related to the Plaintiff's damages and were never provided. As a result, Attorney Stubblefield asks that the Plaintiff be directed to supplement his responses. Attorney Kinnard stated that he has recently spoken with his client who has been working out of state and that at this point it should no longer be a problem to supplement the discovery responses within two weeks.

The Court finds that the Defendant has not received full and complete responses to its Interrogatories and Requests for Production of Documents. Accordingly, the Court **GRANTS** the Defendant's request, and the Plaintiff is instructed to supplement his discovery responses on or before **June 4, 2014**. In addition, the Court **DIRECTS** Attorney Kinnard to obtain the Plaintiff's availability so that Plaintiff's deposition may be scheduled to take place within the next two to three months.

**IT IS SO ORDERED**.

ENTER:

_____
United States Magistrate Judge